LEON MACHIZ et al., Respondents, v BERTON GREENBERG, Also Known as BURTON GREENBERG, Also Known as BOB GREENBERG, Individually and Doing Business as BUNNY STABLES, Appellant.

627

Respondents are awarded one bill of costs. Mangano, J. P., Gibbons, Bracken and Brown, JJ., concur.